IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 6:15CR65 |
| ROBERT HAHN | § | |

## AMENDED SECOND FINAL ORDER OF FORFEITURE AS TO CERTAIN PROPERTY

On March 21, 2016, this Court entered a Second Supplemental Preliminary Order of Forfeiture, and on April 1, 2016, this Court entered a Third Supplemental Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

The United States posted notice of the forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 22, 2016, and ending on April 20, 2016, and on April 5, 2016, and ending May 4, 2016, as required by 21 U.S.C. § 853(n)(1), Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the Attorney General's authority to determine the manner of publication of an order of forfeiture in a criminal case.

It appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's Second and Third Supplemental Preliminary Orders of Forfeiture.

It is HEREBY ORDERED, ADJUDGED and DECREED that the Second Motion for Final Order of Forfeiture as to Certain Property is GRANTED.   It is further ORDERED:

1. That the right, title and interest to all of the hereinafter described property of the defendant named is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law:

All proceeds derived from the fraud scheme to include any and all sums recovered from fraud scheme investors who received payments from the defendant which, in total, exceeded the amount they invested, and received to date, as follows:

(1) Cashier's check number 0000996904 in the amount of $427.50, made payable to the United States Marshal's Service, voluntarily turned over to the Federal Bureau of Investigation by Jon T. Garrett;

(2) Cashier's check number 9159317490 in the amount of $250.00, made Payable to the United States Marshal's Service, voluntarily turned over to the Federal Bureau of Investigation by Justin K. Hopper;

(3) Cashier's check number 013170 in the amount of $830.13, made payable To the United States Marshal's Service, voluntarily turned over to the Federal Bureau of Investigation by David P. Robinson;

(4) Cashier's check number 013350 in the amount of $830.13, made payable To the United States Marshal's Service, voluntarily turned over to the Federal Bureau of Investigation by David P. Robinson;

(5) Cashier's check number 10194148 in the amount of $4,550.00, made payable to the United States Marshal's Service, voluntarily turned over to the Federal Bureau of Investigation by Lori Warden;

(6) Cashier's check number 9159317735 in the amount of $250.00, made payable to the United States Marshal's Service, voluntarily turned over to the Federal Bureau of Investigation by Justin Hopper;

(7) Cashier's check number 1088705 in the amount of $5,850.00, made payable to the United States Marshal's Service, voluntarily turned over to the Federal Bureau of Investigation by James Jennings;

(8) Cashier's check number 0151293 in the amount of $1,000.00, made payable to the United States Marshal's Service, voluntarily turned over to the Federal Bureau of Investigation by Aline Coffin;

(9) Cashier's check number 10194147 in the amount of $13,000.00, made Payable to the United States Marshal's Service, voluntarily turned over to

       the Federal Bureau of Investigation by Lori Jo Carns; and

(10)    Cashier's check number 0796804382 in the amount of $1,565.00, made payable to the United States Marshal's Service, voluntarily turned over to the Federal Bureau of Investigation by Sarah S. Stansell.

2.    That the forfeited property shall be disposed of by the United States and/or the custodial agency in such manner as the United States Attorney General may direct.

**SIGNED this 12th day of August, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

**Amended Second Final Order of Forfeiture as to Certain Property- Page 3**